UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:08-CR-208-T-17TBM

SHANE EDELSTEIN.

_____/

ORDER

This cause is before the Court on:

Dkt. 112   Unopposed Motion to Early Terminate
           Federal Supervised Release

Defendant Shane Edelstein moves for early termination of Defendant's federal supervised release.

After entering into a Plea Agreement, Defendant Shane Edelstein pled guilty to Count One of the Indictment, conspiracy to possess with intent to distribute 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a controlled substance listed in Schedule I of Title 21 U.S.C. Sec. 812, in violation of Title 21, U.S.C. Secs. 841(a)(1) and (b)(1)A)(vii) and 21 U.S.C. Sec. 846.

Defendant Edelstein was sentenced on May 5, 2009. At sentencing, the Court granted the Government's Motion to Recognize Defendant's substantial assistance (Dkts. 102, 103). Defendant Edelstein was sentenced to 84 months imprisonment, with credit for time served, 60 months of supervised release, fine waived, and a special assessment fee of $100.00. The Bureau of Prisons released Defendant Edelstein on May 12, 2014.

Case No. 8:08-CR-208-T-17TBM

Defendant Edelstein has served more than half of Defendant's term of supervised release (40 months, 29 days), has complied with all conditions of supervision, and now requests early termination. Since Defendant Edelstein's release from federal prison, Defendant Edelstein has been gainfully employed as a commercial fisherman and landscaper.

The Government has no objection to Defendant Edelstein's Motion. The supervising Probation Officer, Daryl Stephen, does not object to Defendant Edelstein's Motion.

Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(b), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) and determine that termination of supervised release is warranted and is in the interest of justice. The Unopposed Motion to Early Terminate Federal Supervised Release (Dkt. 112) is granted. Accordingly, it is

**ORDERED** that Defendant Shane Edelstein's Unopposed Motion to Early Terminate Federal Supervised Release (Dkt. 112) is **granted**.

Case No. 8:08-CR-208-T-17TBM

**DONE and ORDERED** in Chambers in Tampa, Florida on this 11th day of October, 2017.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:

All parties and counsel of record
United States Probation Office

3